# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1597 | **DATE** | March 20, 2008 |
| **CASE TITLE** | Wielgus vs. Ryobi Technologies, Inc., *et al*. | | |

**DOCKET ENTRY TEXT**

The Court, *sua sponte*, strikes Plaintiff's complaint [1] because it fails to properly allege federal subject matter jurisdiction. Plaintiff is granted leave to file an amended complaint that properly alleges this Court's subject matter jurisdiction on or before March 28, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

Case 1:08-cv-01597   Document 8   Filed 03/20/2008   Page 1 of 1

08C1597 Wielgus vs. Ryobi Technologies, Inc., *et al*.                                                              Page 1 of 1