IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAROSLAW WIELGUS,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RYOBI TECHNOLOGIES, INC., ONE WORLD  )<br>TECHNOLOGIES, INC. and HOME DEPOT  )<br>U.S.A., INC.,  )<br>  )<br>           Defendants.  ) | No. 08CV1597<br>Judge Lindberg<br>Magistrate Judge Denlow |

### ENTRY OF APPEARANCE

To the clerk of this Court and all parties of record:

    I hereby enter my appearance as counsel in this case for Defendants, Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot U.S.A., Inc.

Date:  April 18, 2008

                                       /s/John W. Bell
**Signature**
John W. Bell, Bar No. 00161934
**Print Name**
Johnson & Bell, Ltd.
**Firm Name**
33 W. Monroe St., Suite 2700
**Address**
Chicago, IL  60603
**City, State, Zip Code**
312/372-0770
**Phone**
312/372-2881
**Fax Number**
bellj@jbltd.com
**E-Mail Address**

1845915