IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAROSLAW WIELGUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08CV1597 |
| ) | Judge Lindberg |
| RYOBI TECHNOLOGIES, INC., ONE WORLD ) | Magistrate Judge Denlow |
| TECHNOLOGIES, INC. and HOME DEPOT ) | |
| U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

To the clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendants, Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot U.S.A., Inc.

Date: April 18, 2008

/s/Meghan M. Sciortino
**Signature**
Meghan M. Sciortino, Bar No. 6287341
**Print Name**
Johnson & Bell, Ltd.
**Firm Name**
33 W. Monroe St., Suite 2700
**Address**
Chicago, IL 60603
**City, State, Zip Code**
312/372-0770
**Phone**
312/372-2881
**Fax Number**
sciortinom@jbltd.com
**E-Mail Address**

1845961