IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAROSLAW WIELGUS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08CV1597 |
| ) | Judge Lindberg |
| RYOBI TECHNOLOGIES, INC., ONE WORLD ) | Magistrate Judge Denlow |
| TECHNOLOGIES, INC. and HOME DEPOT ) | |
| U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLOGIES, INC. and HOME DEPOT U.S.A., INC., by their attorneys, JOHNSON & BELL, LTD., move this Honorable Court for the entry of an order granting it an additional thirty (30) days within which to file its answer or otherwise plead to the plaintiff's complaint at law.

/s/Meghan M. Sciortino
**Signature**
Meghan M. Sciortino, Bar No. 6287341
**Print Name**
Johnson & Bell, Ltd.
**Firm Name**
33 W. Monroe St., Suite 2700
**Address**
Chicago, IL  60603
**City, State, Zip Code**
312/372-0770
**Phone**
312/372-2881
**Fax Number**
sciortinom@jbltd.com
**E-Mail Address**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2008 I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      **/s/ Meghan M. Sciortino**
John W. Bell / ARDC No. 0161934
Charles P. Rantis / ARDC No. 6190218
Meghan M. Sciortino / ARDC No. 6287341
Attorneys for defendant,
  Louisville Ladders Inc.
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL  60603
Telephone:  (312) 372-0770
Fax:  (312) 372-9818
E-mail:  bellj@jbltd.com
        mcnamarar@jbltd.com
        sciortinom@jbltd.com