IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAROSLAW WIELGUS, | ) |
|       Plaintiff, | ) |
| vs. | ) No.: 08CV1597 |
| RYOBI TECHNOLOGIES, INC., ONE WORLD TECHNOLIGIES, INC., and HOME DEPOT U.S.A., INC., | ) Hon. Judge Lindberg ) ) Magistrate Judge Denlow |
|       Defendants. | ) |

## NOTICE OF MOTION

TO:    Clerk of the United States District Court
Northern District of Illinois, Eastern Division
219 S. Dearborn Street
Chicago, IL 60604

F. John Cushing III
Michael M. Cushing
29 S. LaSalle, Suite 240
Chicago, IL 60603

PLEASE TAKE NOTICE that on April 23, 2008 at 9:30 a.m. we shall appear before the Honorable Judge Lindberg, U.S. District Courthouse, Room 1425, Chicago, Illinois and then and there present **Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot U.S.A., Inc.'s Motion For an Extension of Time and Motion for Protective Order.**

Respectfully submitted,

**/s/ Meghan M. Sciortino**
John W. Bell / ARDC No. 0161934
Robert M. McNamara / ARDC No. 6194965
Meghan M. Sciortino / ARDC No. 6287341
Attorneys for defendants Ryobi Technologies, Inc.,
  One World Technologies, Inc., and Home Depot
  U.S.A., Inc.
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone: (312) 372-0770

1594998

Fax:  (312) 372-9818
E-mail:  bellj@jbltd.com
         mcnamarar@jbltd.com
         sciortinom@jbltd.com

1594998

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2008 I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                       **/s/ Meghan M. Sciortino**
                                       John W. Bell / ARDC No. 0161934
                                       Charles P. Rantis / ARDC No. 6190218
                                       Meghan M. Sciortino / ARDC No. 6287341
                                       Attorneys for defendant,
                                           Louisville Ladders Inc.
                                       Johnson & Bell, Ltd.
                                       33 West Monroe Street, Suite 2700
                                       Chicago, IL  60603
                                       Telephone:  (312) 372-0770
                                       Fax:  (312) 372-9818
                                       E-mail:  bellj@jbltd.com
                                                        mcnamarar@jbltd.com
                                                        sciortinom@jbltd.com

1594998