# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1597 | **DATE** | April 21, 2008 |
| **CASE TITLE** | Wielgus vs. Ryobi Technologies, Inc., *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for Extension of Time [13] is granted.  Defendants are granted an additional 30 days to answer Plaintiff's amended complaint or otherwise move.  Defendants' Motion for Protective Order [14] is granted.  The Court will enter the Protective Order [14-2] attached as Exhibit 1 to Defendants' motion.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|