Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1597 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Jarolsaw Wielgus vs. Ryobi Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear pro hac vice on behalf of the plaintiff (24) is granted. Leave of court is given to George F. Carpinello to appear pro hac vice on behalf of the plaintiff.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|