Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1597 | DATE | 8/13/2008 |
| CASE TITLE | Jaroslaw Wielgus vs. Ryobi Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion by Richard J. Sullivan to appear pro hac vice on behalf of the plaintiff is granted.

Docketing to mail notices.

Courtroom Deputy Initials: SLB