RRM/JWB/MMS/#1926861　　　　8440-08001　　　　　　　　Firm ID: 06347

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAROSLAW WIELGUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 cv 1597 |
| ) | Judge Lindberg |
| RYOBI TECHNOLOGIES, INC., ONE ) | |
| WORLD TECHNOLOGIES, INC. and ) | Magistrate Judge Denlow |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Defendants. ) | |
| -------------------------------------------------- ) | |
| ) | |
| RYOBI TECHNOLOGIES, INC., ONE ) | |
| WORLD TECHNOLOGIES, INC. and ) | |
| HOME DEPOT U.S.A., INC., ) | |
| ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| JTD, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

### NOTICE OF MOTION

TO:　Clerk of the United States District Court
　　　Northern District of Illinois, Eastern Division
　　　219 S. Dearborn Street
　　　Chicago, IL 60604

　　　F. John Cushing III
　　　Michael M. Cushing
　　　29 S. LaSalle, Suite 240
　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that on September 3, 2008 at 9:30 a.m. we shall appear before the Honorable Judge Lindberg, U.S. District Courthouse, Room 1425, Chicago, Illinois and then and there present **Ryobi Technologies, Inc., One World Technologies, Inc. and Home Depot**

U.S.A., Inc.'s Motion For Leave to File Third Party Complaint for Contribution Against JTD, Inc.

    Respectfully submitted,

    /s/ **Meghan M. Sciortino**
John W. Bell / ARDC No. 0161934
Robert M. McNamara / ARDC No. 6194965
Meghan M. Sciortino / ARDC No. 6287341
Attorneys for defendants Ryobi Technologies, Inc.,
  One World Technologies, Inc., and Home Depot
  U.S.A., Inc.
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL  60603
Telephone:  (312) 372-0770
Fax:  (312) 372-9818
E-mail:  bellj@jbltd.com
        mcnamarar@jbltd.com
        sciortinom@jbltd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2008 I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                          **/s/ Meghan M. Sciortino**
                                          John W. Bell / ARDC No. 0161934
                                          Charles P. Rantis / ARDC No. 6190218
                                          Meghan M. Sciortino / ARDC No. 6287341
                                          Attorneys for defendant,
                                              Louisville Ladders Inc.
                                          Johnson & Bell, Ltd.
                                          33 West Monroe Street, Suite 2700
                                          Chicago, IL  60603
                                          Telephone:  (312) 372-0770
                                          Fax:  (312) 372-9818
                                          E-mail:  bellj@jbltd.com
                                                               mcnamarar@jbltd.com
                                                               sciortinom@jbltd.com