## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jaroslaw Wielgus
                                      Plaintiff,

v.                                                   Case No.: 1:08–cv–01597
                                                            Honorable George W. Lindberg

Ryobi Technologies, Inc., et al.
                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable George W. Lindberg: MOTION by Defendant Ryobi Technologies, Inc. for leave to file Third Party Complaint for Contribution is granted. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.