## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1597　　　　　　　Assigned/Issued By: J. N.

Judge Name:　　　　　　　　　　　　Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*　☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☐ No Fee　　☐ Other _____

☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　Receipt #: _____

Date Payment Rec'd: _____　　Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons　　　　　　　　　　　☐ Alias Summons

☑ Third Party Summons　　　　　　☐ Lis Pendens

☐ Non Wage Garnishment Summons　☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

　　　　　　　　　　　　　　　　　*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____　　　　　　　　☐ Other _____
　　(Type of Writ)　　　　　　　　　　(Type of issuance)

__1__ Original and __1__ copies on __9-8-08__ as to __JTD, INC.__
　　　　　　　　　　　　　　(Date)